40500.310-A101

**PETER A. DAVIDSON, SBN 76194**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100 • Fax: 310\ 551-0238
Email: pdavidson@mdfslaw.com

**Attorneys for Diane C. Weil**
**Chapter 7 Trustee**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MARTIN J. BARAB,<br><br>        Debtor. | CASE NO.: 1:07-bk-14707-GM<br><br>[CHAPTER 7]<br><br>ADV. CASE NO. 1:08-ap-01356-GM |
| DIANE C. WEIL, CHAPTER 7 TRUSTEE FOR MARTIN J. BARAB,<br><br>        Plaintiff,<br><br>v.<br><br>BAUER MARTINEZ ENTERTAINMENT, INC., a California Corporation fka BAUER MARTINEZ DISTRIBUTION, INC.; and BAUER MARTINEZ STUDIOS, INC., a Florida Corporation,<br><br>        Defendants. | **STIPULATION CONTINUING STATUS CONFERENCE**<br><br>DATE:  December 17, 2008<br>TIME:  1:30 p.m.<br>CTRM.:  303 |

     This Stipulation is entered into by and between Diane C. Weil, Chapter 7 Trustee and Bauer Martinez Entertainment, Inc. and Bauer Martinez Studios, Inc., by and through their respective attorneys of record.

     WHEREAS, the parties have tentatively settled their disputes relating to this adversary proceeding; and

1

STIPULATION CONTINUING STATUS CONFERENCE

1      WHEREAS, a settlement agreement is currently being circulated and a motion to approve the compromise must be prepared and served; and

    WHEREAS, in order to avoid unnecessary costs and expenditures of time the parties hereto stipulate and agree as follows:

    1.    The Status Conference in this case currently set for December 17, 2008 shall be continued to a date convenient to the Court in February 2009.

DATED: December 9, 2008

MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP

By: _____
PETER A. DAVIDSON
Attorneys for Diane C. Weil, Chapter 7 Trustee

DATED: December 9, 2008

_____
RICHARD A. MORSE
Attorney for Bauer Martinez Entertainment, Inc.
and Bauer Martinez Studios, Inc.

//
//
//
//
//

2
STIPULATION CONTINUING STATUS CONFERENCE

106800.1   40500.00310

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **December 10, 2008**, I served the document(s) described as **STIPULATION CONTINUING STATUS CONFERENCE** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

X    **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐    **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐    **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐    **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addresses listed on the attached Service List.

☐    **[State]**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    **[Federal]**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 10, 2008, at Los Angeles, California.

_____
NITA J. SPARKES

91398.1  40500.00310

**UNITED STATES BANKRUPTCY COURT**
**MARTIN J. BARAB**
**CASE NO. 1:07-bk-14707-GM**
Adv.
**DIANE C. WEIL, CHAPTER 7 TRUSTEE v.**
**BAUER MARTINEZ ENTERTAINMENT, INC., et al.**
Adv. Case No. 1:08-ap-01356-GM

## SERVICE LIST

SERVED ELECTRONICALLY
"Served Electronically Pursuant to
Public Notice 08-007"
United States Trustee's Office
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

Diane C. Weil, Chapter 7 Trustee
2029 Century Park East, 21st Floor
Los Angeles, California 90067

SERVED U.S. MAIL
Defendant's Counsel
Richard A. Morse, Esq.
802 West Bay Drive, Suite 800
Largo, Florida 33770

91398.1  40500.00310