40500.310-A101

PETER A. DAVIDSON, SBN 76194
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100 • Fax: 310\ 551-0238
Email: pdavidson@mdfslaw.com

Attorneys for Diane C. Weil
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MARTIN J. BARAB,<br><br>　　　　Debtor.<br><br>DIANE C. WEIL, CHAPTER 7 TRUSTEE FOR MARTIN J. BARAB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAUER MARTINEZ ENTERTAINMENT, INC., a California Corporation fka BAUER MARTINEZ DISTRIBUTION, INC.; and BAUER MARTINEZ STUDIOS, INC., a Florida Corporation,<br><br>　　　　Defendants. | CASE NO.: 1:07-bk-14707-GM<br><br>[CHAPTER 7]<br><br>ADV. CASE NO. 1:08-ap-01356-GM<br><br>STIPULATION DISMISSING ADVERSARY PROCEEDING<br><br>DATE:　[No Hearing Necessary] |

　　　　This Stipulation is entered into by and between Diane C. Weil, Chapter 7 Trustee for Martin J. Barab, Plaintiff in this adversary proceeding, and Defendants, Bauer Martinez Entertainment, Inc. and Bauer Martinez Studios, Inc., by the through their respective attorneys of record.

　　　　WHEREAS, the parties have entered into a settlement resolving the issues in this adversary proceeding; and

---

1

STIPULATION DISMISSING ADVERSARY PROCEEDING

106841.1   40500.00310

1  WHEREAS, the Court entered an Order in the main case, In re Martin J. Barab, approving
2  the settlement entered into between the parties;
3  NOW THEREFORE, the parties hereto stipulate and agree as follows:
4  1. The complaint in this adversary proceeding shall be dismissed without prejudice.

6  DATED: Dec. 31, 2008        MOLDO DAVIDSON FRAIOLI
7                              SEROR & SESTANOVICH LLP

9                              By: _____
10                                 PETER A. DAVIDSON, Attorneys for
                                   Diane C. Weil, Chapter 7 Trustee for
11                                 Martin J. Barab

13  DATED: Dec. 15, 2008

                                _____
14                              RICHARD A. MORSE, Attorney for
                                Bauer Martinez Entertainment, Inc. and
15                              Bauer Martinez Studios, Inc.

16  //
17  //
18  //
19  //
20  //
21  //
22  //

2
STIPULATION DISMISSING ADVERSARY PROCEEDING
106841.1  40500.00310

| In re:<br><br>MARTIN J. BARAB,<br><br>                                                                        Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 1:07-bk-14707-GM |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

A true and correct copy of the foregoing document described as: **STIPULATION DISMISSING ADVERSARY PROCEEDING**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 2, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Peter A Davidson    pdavidson@mdfslaw.com – Attorneys for Diane C. Weil, Chapter 7 Trustee
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 2, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Bankruptcy Judge*
Hon. Geraldine Mund
U.S. Bankruptcy Court, Central District
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

*Counsel for Defendant, Bauer Martinez Entertainment, Inc. and Bauer Martinez Studios, Inc.*
Richard A. Morse, Esq.
601 Cleveland Street, Suite 501-3
Clearwater, FL 33755

☐ Service information on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/2/09 | TRISH MELENDEZ | /s/ Trish Melendez |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:13360.11:859822.1

STIPULATION DISMISSING ADVERSARY PROCEEDING